IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY PSYCH. DR. HARTMAN, LANCASTER COUNTY COURTS, District 3; JUDGE DALTON, PATRICK CONDON, and TODD MOLVAR, Attorney,<br><br>Defendants. | 8:21CV162<br><br><br>**ORDER** |

IT IS ORDERED that Plaintiff's post-judgment "motion to be moved institutions" (Filing 21) is denied.

Dated this 4th day of October 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge